IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMED EL AMIN, | : | |
|    Petitioner | : | No. 1:05-cr-67 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 25th day of September 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's Motion to Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 94), is **GRANTED**;

2. Petitioner's Motion for Hearing on Motion for Release on Bond (Doc. No. 116), is **GRANTED** and the matter is **REFERRED** to Magistrate Judge Carlson for a hearing on the motion;

3. The United States Probation Office is directed to file a supplement to its presentence report of August 16, 2005, no later than October 10, 2017;

4. A sentencing hearing is scheduled for October 17, 2017 at 11:00 AM in Courtroom No. 4; and

5. The Clerk of Court is directed to **CLOSE** civil case number 16-cv-1293.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania